

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:      01-21-00703-CV

Trial Court Cause
Number:            2019-07703

Style:             City of Houston v. Shadi M. Sukhta


Date motion filed*:   August 5, 2022

Type of motion:       Motion for Rehearing

Party filing motion:

Document to be filed:

Is appeal accelerated? ☐ YES    ☐ NO

Ordered that motion is:

☐ Granted

    If document is to be filed, document due:

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____


Judge's signature: /s/  Sherry Radack
       ☐ Acting individually    ☒ Acting for the Court

Panel consists of    Chief Justice Radack and Justices Goodman and Hightower

Date:  August 23, 2022